```
              UNITED STATES DISTRICT COURT FOR THE
                    DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

       v.                             Criminal No. 08-cr-73-01-JD

<u>Patrick Lord</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 10) filed by defendant is granted.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                  <u>/s/ Joseph A. DiClerico, Jr.</u>
                                                  Joseph A. DiClerico, Jr.
                                                  United States District Judge

Date: September 26, 2008


cc:   Donald Kennedy, Esq.
       Alfred J.T. Rubega, Esq.
       U.S. Marshal
       U.S. Probation